# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIGHT HAND LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No.: 1:24-cv-07564<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Young B. Kim<br><br>JURY TRIAL DEMAND |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday October 1, 2024, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Daniel or any judge sitting in his stead, in Room 1419, at 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery; Plaintiff's Motion for Alternative Service, and Plaintiff's Motion for Leave to File a Certain Document Under Seal.

DATED:  September 26, 2024        Respectfully Submitted,

/s/ Nicholas S. Lee
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
T: (847) 969-9123
F: (847) 969-9124

*Counsel for Plaintiff, Bright Hand LLC*