IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIGHT HAND LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No.: 1:24-cv-07564<br><br>Judge: Hon. Jeremy C. Daniel<br><br>Magistrate Judge: Hon. Young B. Kim |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Bright Hand LLC hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 17 | ZEFAN-US | Amazon | A36P2UABEJO5JB |
| 19 | DFRER-US | Amazon | ALOH03N0Q17S4 |
| 40 | JPCX-US | Amazon | A1O4TJGDUAAGS7 |

DATE: December 9, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Nicholas S. Lee
　　　　　　　　　　　　　　　　　　　　Edward L. Bishop
　　　　　　　　　　　　　　　　　　　　ebishop@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　Nicholas S. Lee
　　　　　　　　　　　　　　　　　　　　nlee@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　Benjamin A. Campbell
　　　　　　　　　　　　　　　　　　　　bcampbell@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　Sameeul Haque
　　　　　　　　　　　　　　　　　　　　shaque@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　BISHOP DIEHL & LEE, LTD.
　　　　　　　　　　　　　　　　　　　　1475 E. Woodfield Road, Suite 800

                                              Schaumburg, IL 60173
                                              Telephone: (847) 969-9123
                                              Facsimile: (847) 969-9124

                                              *Counsel for Plaintiff, Bright Hand LLC.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this December 9, 2024. Any other counsel of record will be served by electronic and/or first-class mail.

                                                    /s/ Nicholas S. Lee
                                                    Nicholas S. Lee