IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BRIGHT HAND LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A",**<br><br>    Defendants. | Case No.: 1:24-cv-07564<br><br>Judge: Hon. Jeremy C. Daniel<br><br>Magistrate Judge: Hon. Young B. Kim |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Bright Hand LLC hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 15 | benbaohouse | Amazon | A3I0F95KTFAVUU |

DATE: December 17, 2024

Respectfully submitted,

/s/ Benjamin A. Campbell
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone: (847) 969-9123
Facsimile: (847) 969-9124

*Counsel for Plaintiff, Bright Hand LLC.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this December 17, 2024. Any other counsel of record will be served by electronic and/or first-class mail.

                                                /s/ Benjamin A. Campbell
                                                Benjamin A. Campbell